IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA

V.   CAUSE NO.   3:24-cr-00152-SA-RP

YOHANNES TEKIE GEBREZGHI

MOTION TO WITHDRAW AS COUNSEL OF RECORD

Merrill K. Nordstrom, Assistant Federal Public Defender, hereby respectfully requests that this Honorable Court enter an order relieving her and the Office of the Federal Public Defender from further responsibility in the representation of the Defendant, Yohannes Tekie Gebrezghi, in the above-styled and number cause.  As basis for the request, counsel would show that Mr. Gebrezghi has retained Hon. Mark McClinton as indicated in the Notice of Attorney Appearance [12] filed on March 24, 2025.

Respectfully submitted,

/s/ Merrill K. Nordstrom
MERRILL K. NORDSTROM, MSB#100815
Assistant Federal Public Defender
1200 Jefferson Avenue, Suite 100
Oxford, Mississippi 38655
(662) 236.2889
(662) 234.0428 (Fax)
Merrill_nordstrom@fd.org

CERTIFICATE OF SERVICE

I, Merrill K. Nordstrom, attorney for the Defendant, Yohannes Tekie Gebrezhi, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which provided notification to all parties of record.

Dated, this the 24th day of March, 2025.

                                            */s/ Merrill K. Nordstrom*
                                            MERRILL K. NORDSTROM
                                            Assistant Federal Public Defender